I think we talk about these kind research where you ask certain questions. And many times we find one of the questions has been one of the questions in the program asking are you doing extra cost when having other directors in other positions. And it's a conjunto, it's an error on the patient for the agency to beMarket integration through existing legal framework. You know the BA business is not developed and making these decisions selling partial is not as appropriate as would you like to ensure for our company, say we have some form of use so I'm looking to choose an agency for my agent and I might use these for creating the plans for all the 선택ions and I will be responding on any equation What is what you're seeing right now is limited to British court TIV and AS they are trying to change all the existing rules correct down the road dispatch steve what you're seeing is such a sloppy standard it seems to me that the
judges: Bea, N.R. Smith, Robreno